STATE OF CONNECTICUT *v.* GILBERTO RODRIGUEZ, JR.
(7906)

BORDEN, NORCOTT and FOTI, Js.
Argued October 11—decision released October 18, 1989

*David M. Abbamonte,* for the appellant (defendant).

*Rita M. Shair,* deputy assistant state's attorney, with whom, on the brief, were *Donald A. Browne,* state's attorney, and *Richard Palombo,* assistant state's attorney, for the appellee (state).

PER CURIAM. There is no error.